UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 06-82 |
| MARTIN DUPLAN | * | SECTION "K", MAG. 2 |

## ORDER

Considering the foregoing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendant's Ex-parte Motion to Dismiss defendant's Motion to Suppress Evidence, be and the same is hereby dismissed, reserving to defendant any other preliminary motions or defenses.

New Orleans, Louisiana this 8th day of September, 2006.

THE HONORABLE STANWOOD R. DUVAL, JR.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____